COMCAST, OF ILLINOIS X, LLC,
An Illinois Limited Liability
Company, Appellee,

v.

TKA ELECTRONICS, INC., Defendant,

Thomas Abboud, individually,
Appellant,

Cathy Vigneri, individually; Kim Abboud, individually; Raymond Vigneri, individually; Terry Abboud, individually, Defendants.

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the

Comcast, of Illinois X, LLC, An
Illinois Limited Liability
Company, Appellee,

v.

TKA Electronics, Inc.; Thomas
Abboud, individually,
Defendant,

Cathy Vigneri, individually, Appellant,

Kim Abboud, individually, Defendant,

Raymond Vigneri, individually,
Appellant,

Terry Abboud, individually, Defendant.

Nos. 05–3684, 05–3739.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 29, 2006.

Filed: Jan. 8, 2007.

Mark Edward Novotny, Michele E. Young, Lamson & Dugan, Omaha, NE, Jeffrey R. Platt, Coman & Anderson, Lisle, IL, for Appellee.

Thomas Abboud, Aurora, CO, pro se.

Cathy Vigneri, Omaha, NE, pro se.

Raymond Vigneri, Omaha, NE, pro se.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In these consolidated cases, Thomas Abboud and Raymond and Cathy Vigneri appeal the district court's [1] adverse grant of summary judgment in an action brought against them under 47 U.S.C. § 553(c). Because they have provided no basis for

District of Nebraska.

reversal, *see Iowa Network Servs., Inc. v. Qwest Corp.*, 466 F.3d 1091, 1094 (8th Cir. 2006) (summary judgment standard of review), we affirm, *see* 8th Cir. R. 47B.